**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

FILED AUG 13 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, et al., <br> Plaintiffs, <br><br> v. <br><br> WESTERN SHEET METAL & ROOFING, INC., d/b/a Western Sheet Metal & Roofing, <br> Defendant. | Civil Action No. 1:13cv52 |

## JUDGMENT ORDER

Upon consideration of the July 24, 2013 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that, with the exception of two typographical errors contained on page 8 of the Report and Recommendation,[1] the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the July 24, 2013 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs collectively and against defendant in the total amount of $32,679.58.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

---

[1] Specifically, in two instances on page 8, the magistrate judge lists plaintiffs' requested amount of attorneys' fees as $2,008.00, when the correct amount of requested attorneys' fees is actually $2,908.00, a $900.00 difference. This additional $900.00 is already included in the magistrate judge's total recommended amount for costs and attorneys' fees combined, and thus the typographical errors do not alter the magistrate judge's final calculations.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
August 13, 2013

_____
T. S. Ellis, III
United States District Judge